CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
August 28, 2025
LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID ALAN CRABTREE, | ) |
| Plaintiff, | ) Case No. 7:25-cv-00145 |
| v. | ) **MEMORANDUM OPINION** |
| WEXFORD HEALTH, *et al.*, | ) By:  Hon. Thomas T. Cullen |
| | )      United States District Judge |
| Defendants. | ) |

Plaintiff David Alan Crabtree, proceeding *pro se,* filed this civil-rights action under 42 U.S.C. § 1983 against Defendants Wexford Health, Bruce Amour, and Heather Wise. (*See* Compl. [ECF No. 1].)

By Order entered March 3, 2025, the court advised Plaintiff that he must notify the court in writing immediately upon his transfer or release and provide the court with his new address. (*See* ECF No. 5, at 3.) The court further advised Plaintiff that his failure to provide an updated address would result in dismissal of this action. (*Id.*)

On July 9, 2025, the court notified Plaintiff that his complaint failed to state a claim for which relief could be granted and ordered him to file an amended complaint within 30 days in order to proceed with this case. (*See* ECF No. 14.) On July 24, 2025, the copy of the July 9 order that was sent to Plaintiff was returned to the court as undeliverable. (*See* ECF No. 15.) The next day, upon learning that Plaintiff had been released from incarceration, the court informed Plaintiff that he was no longer subject to the provisions of the Prison Litigation Reform Act and ordered Plaintiff to pay the full civil filing fee and related administrative fee within 30 days. (ECF No. 16.) The court cautioned Plaintiff that "[f]ailure to pay the fee in full

or otherwise respond to [the] Order within the time allowed and to maintain an address of record shall result in the immediate dismissal of this action." (*Id.* at 1.) That order, too, was returned to the court as undeliverable. (*See* ECF No. 17.) To date, Plaintiff has not filed an amended complaint, updated his address, or paid the filing fee as ordered.

Because Plaintiff has failed to comply with the court's orders and has not paid the filing fee, the court will dismiss this action without prejudice. *See* Fed. R. Civ. P. 41(b); 28 U.S.C. § 1914.

The clerk is directed to send copies of this Memorandum Opinion and the accompanying Order to the parties and to Plaintiff at his last known address.

**ENTERED** this 28th day of August, 2025.

>*/s/ Thomas T. Cullen*
>HON. THOMAS T. CULLEN
>UNITED STATES DISTRICT JUDGE